## No. 6616.

### S. M. TODD ET AL., LIQUIDATORS, VS. R. S. MORSE.

In a suit to recover thirty per cent of a stock note, where liability upon the note is denied, the court will have jurisdiction if the amount of the note is above the appealable sum, although the portion of it sought to be recovered in the suit is below that sum.

APPEAL from the Fourth District Court of New Orleans. HOUSTON, J.

*Breaux, Fenner, & Hall* for Plaintiffs. *Thomas* and *Lewis* for Defendant Appellant.

EGAN, J. Plaintiffs and appellees move to dismiss this appeal because the amount in dispute is less than five hundred dollars. The amount sued for is thirty per cent of the balance due on a stock note and subscription of one thousand dollars to the Pelican Mutual Insurance Co. This balance is alleged by plaintiffs to be $622.54. As was said in the case of Peysleand *v.* Weber, 25 A. 133, it seems clear that before decreeing the defendant to pay the thirty per cent demanded now, it must be ascertained whether he is liable as a stockholder to the extent alleged in the petition. This amount exceeds five hundred dollars. The motion to dismiss must therefore be refused. Williams *v.* Vance, 2 A. 909, and V. S. & T. R. R. Co. *v.* Hamilton, 15 A. 521.